IN THE MATTER OF ADVISORY COMMITTEE ON
PROFESSIONAL ETHICS # 545.

November 18, 1986.

The Court having remanded this matter to the Committee to
develop a record pursuant to the Order of October 5, 1985,

And the Committee having held a hearing, having received
written comments, and having determined that a modification
of Opinion # 545 was appropriate,

And the Court having accepted the revised opinion of the
Committee,

And all parties and the Court having concluded that the
modification eliminated the need for further Court review;

It is ORDERED that the within appeals are dismissed as
moot. (See 102 *N.J.* 339).

ROBERT AHERN, DECEASED, BY MARGARET AHERN v.
BRENNAN BROTHERS.

October 20, 1987.

Petition for certification denied. We note with approval,
however, the July 22, 1987 order of the Appellate Division,
which denied a reconsideration request "without prejudice to
petitioner making application to the Division of Workers' Com-
pensation to join other employers."